UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN BAKER

    Plaintiff,

v.                                                     Case No. 1:24-cv-00422
                                                    Hon:   Paul L. Maloney

COSTCO WHOLESALE CORPORATION, a
foreign profit corporation.

    Defendant.
_____/

| Alexander L. Waldman (P80946) | William M. Woolsey (P72983) |
|---|---|
| The Sam Bernstein Law Firm | Law Office of William M. Woolsey |
| Attorneys for Plaintiff | Attorney for Defendant Costco |
| 31731 Northwestern Hwy, Ste. 333 | 58757 Van Dyke, Box 129 |
| Farmington Hills, MI 48334 | Washington, Michigan 48094 |
| (248) 985-0975 | (312) 515-0420 |
| awaldman@sambernstein.com | William.Woolsey@Selective.com |
| sec. tlowery@sambernstein.com | Maribeth.knight@selective.com |

_____/

## STIPULATED ORDER FOR DISMISSAL

At a session of United States District Court for the Western District of Michigan Southern Division, this _____ day of _____, 2025.

PRESENT: HONORABLE PAUL L. MALONEY

This matter having come before the Court upon the stipulation of the parties, through their respective counsel, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that the captioned cause is dismissed without costs, interest or attorney fees and with prejudice to the Parties' rights ever again to maintain an action for or on account of any matter or thing set forth or referred to in this cause against the named Defendant.

THIS ORDER RESOLVES ALL PENDING CLAIMS AND CLOSES THIS CASE.

_____
Paul L. Maloney
United States District Judge

Approved as to form, content, and for entry:

**/s/ Alexander L. Waldman (w/permission)**
_____
Alexander L. Waldman (P80946)
Attorney for Plaintiff

**/s/ William M. Woolsey**
_____
William M. Woolsey, P72983
Attorney for Defendant